AO 91 (Rev. 11/11) Criminal Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 07 2019
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jason Brown | ) | Case No. |
| | ) | 4:19-MJ-136-BD |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 29, 2019** in the county of **Pulaski** in the **Eastern** District of **Arkansas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 752(a) | Aiding or assisting the escape of a person arrested upon a warrant or other process issued under any law of the United States, pursuant to an arrest on a charge of felony. |

This criminal complaint is based on these facts:
See attached affidavit of Kevin Sanders, USMS.

☑ Continued on the attached sheet.

_____
Complainant's signature

KEVIN SANDERS, Deputy, USMS
Printed name and title

Sworn to before me and signed in my presence.

Date: 6-7-19

_____
Judge's signature

City and state: Little Rock, Arkansas

BETH DEERE, U.S. Magistrate Judge
Printed name and title

#1

# AFFIDAVIT

I, Kevin Sanders, a Supervisory Deputy United States Marshal being duly sworn, state the following:

## A. Introduction and Agent Background

1. I am a Supervisory Deputy United States Marshal United States Marshal assigned to the Eastern District of Arkansas in Little Rock, Arkansas. I have been employed as a Deputy U.S. Marshal since 2003. Prior to that I was employed with the Immigration and Naturalization Service for 1.5 years as an immigration inspector. I graduated from the U.S. Marshals Basic Academy at the Federal Law Enforcement Training Center, Glynco, Georgia in October 2003, and then from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, Glynco, Georgia in January 2008.

2. This Affidavit is submitted in support of a criminal complaint and arrest warrant alleging that JASON BROWN, date of birth: March 7, 1988 (hereinafter "BROWN"), has violated Title 21, United States Code, Section 752(a), (Aiding or assisting the escape of a person arrested upon a warrant or other process issued under any law of the United States, pursuant to an arrest on a charge of felony).

3. The information in this Affidavit is based upon: my personal involvement in the investigation; interviews; information received from other law enforcement agents; and my training and experience as well as the training and experience of other agents.

## B. Basis for Facts Contained in this Affidavit

4. On March 21, 2019, a federal criminal complaint and arrest warrant was issued for GERONIMO MEDINA-ESPERICUETA (hereinafter "MEDINA") for the felony charges of 21 USC ' 841(a) Possession with Intent to Distribute Methamphetamine Actual (more than 50 grams) and 8 USC ' 1326(a) Illegal re-entry after deportation. MEDINA was arrested on these charges on March 21, 2019.

5. On April 2, 2019, a federal indictment was returned and filed against MEDINA in the Eastern District of Arkansas for violations of 21 USC ' 841(a) (Possession with Intent to Distribute Methamphetamine Actual (more than 50 grams)) and 8 USC ' 1326(a) (Illegal Re-Entry after Deportation).

6. On April 11, 2019, MEDINA appeared before a United States Magistrate Judge for the Eastern District of Arkansas and was ordered to remain detained in the custody of the U.S. Marshal.

7. Pursuant to the Magistrate Judge's Order, MEDINA was detained in the Pulaski County Jail, located in Little Rock, Arkansas, which is a detention facility that has an Inter-governmental Agreement with the United States Marshal's Service.

8. On April 13, 2019, BROWN was arrested for multiple warrants for Arkansas state criminal charges and was incarcerated in the Pulaski County Jail. BROWN was housed in the same unit at the jail with MEDINA.

9. At approximately 8:00AM on May 30, 2019, the United States Marshals Service in Little Rock, Arkansas, was notified of an escape from the Pulaski County Jail. According to investigators, at approximately 2:00AM on May 30, 2019, deputies at the Pulaski County Jail were conducting a bed check when they discovered MEDINA and BROWN were not in their cells. According to investigators, a video from the jail shows

BROWN and MEDINA leaving their cells and entering a restroom at approximately 6:10PM on May 29, 2019, but BROWN and MEDINA are never seen reentering the jail from the restroom. Investigators believe BROWN and MEDINA escaped through the ceiling of the bathroom.

10. On May 31, 2019, BROWN and MEDINA were apprehended by United States Marshals and New Mexico State Police in Dona Ana County, New Mexico, in a vehicle with an Arkansas registration.

11. Based on the foregoing, your affiant believes there is probable cause that BROWN has violated Title 18, United States Code, Section 752(a), Aiding or assisting the escape of a person arrested upon a warrant or other process issued under any law of the United States, pursuant to an arrest on a charge of felony.

FURTHER YOUR AFFIANT SAYETH NOT:

_____
KEVIN SANDERS
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn before me on this 7th day of June, 2019

_____
BETH DEERE
United States Magistrate Judge
Eastern District of Arkansas