UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00419 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 752(a) |
| | ) | |
| JASON BROWN | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about May 30, 2019, in the Eastern District of Arkansas, the defendant,

JASON BROWN,

knowingly and intentionally aided and assisted the escape of G.M., a person under arrest upon a warrant and other process issued under any law of the United States for the commission of one or more of the following felonies: a violation of Title 21, United States Code, Section 841(a)(1) and a violation of Title 8, United States Code, Section 1326(a).

All in violation of Title 18, United States Code, Section 752(a).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1