**MEMORANDUM**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 1 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**DATE:** _8/1/19_

**TO:** **Criminal Docket Clerk**

**FROM:** **Diane Darbonne**
**U.S. Marshals Service**

**RE:** **Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.**

_____ **Deft. taken into U.S. Marshal Service custody on a detainer**
(Date)    from _____.

_8/1/19_ **Deft. taken into U.S. Marshal Service custody on a Warrant of**
(Date)    **Removal.**

_____ **Deft. taken into U.S. Marshal Service custody on a Return**
(Date)    **Psychiatric Study.**

_____ **Deft. returned to custody of _____**
(Date)                **(State)**

_____ **Deft. returned to custody of _____**
(Date)                **(Another District)**

**CASE NO.** _4:19 CR 419 KGB_

**DEFENDANT'S NAME** _Jason Brown_